No. 132.  WILLIAMS *v.* CITY OF WICHITA, *ante,* p. 7;

No. 162.  AVERITT ET AL. *v.* MISSISSIPPI, *ante,* p. 5;

No. 200.  TIPTON *v.* SOCONY MOBIL OIL CO., INC., *ante,* p. 34;

No. 216.  IN RE ESTATE OF WILLIAMS, *ante,* p. 821;

No. 234.  GINSBURG *v.* STERN ET AL., *ante,* p. 823;

No. 261.  IN RE ESTATE OF HURST, *ante,* p. 826;

No. 90, Misc.  MARSH *v.* KROPP, WARDEN, *ante,* p. 842;

No. 131, Misc.  FOWLER ET AL. *v.* BOARD OF COMMISSIONERS OF PRINCE GEORGES COUNTY ET AL., *ante,* p. 845;

No. 188, Misc.  COHEN *v.* TIME, INC., ET AL., *ante,* p. 850;

No. 236, Misc.  DEININGER *v.* COMMISSIONER OF INTERNAL REVENUE, *ante,* p. 853;

No. 257, Misc.  SPRIGGS *v.* PIONEER CARISSA GOLD MINES, INC., ET AL., *ante,* p. 855;

No. 282, Misc.  MATHEWSON *v.* McGRATH, TRUSTEE, *ante,* p. 858;

No. 310, Misc.  SENIFF *v.* SENIFF, *ante,* p. 859; and

No. 480, Misc.  OPPENHEIMER *v.* CALIFORNIA, *ante,* p. 887.  Petitions for rehearing denied.


DECEMBER 6, 1963.


No. 159.  AREND ET UX. *v.* DeMASTERS, INTERNAL REVENUE AGENT, ET AL.  On petition for writ of certiorari to the United States Court of Appeals for the Ninth Circuit. Petition dismissed pursuant to Rule 60 of the Rules of this Court.  *Jay H. Topkis* for petitioners.  *Solicitor General Cox, Assistant Attorney General Oberdorfer, Joseph M. Howard* and *Norman Sepenuk* for respondents.